IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEDFORD INTERNET OFFICE SPACE, LLC, | § § § § § | |
| Plaintiff, | | |
| V. | § § § § § § § | No. 3:12-cv-4322-N |
| TRAVELERS CASUALTY INSURANCE COMPANY, | | |
| Defendant. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 31, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 25th day of August, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE